# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-591
LT Case No. 35-2017-CC-002800-A-X

_____

NOLAND'S ROOFING, INC. A/A/O
DONALD GRANT,

 Appellant,

 v.

SAFE HARBOR INSURANCE
COMPANY,

 Appellee.

_____

On appeal from the County Court for Lake County.
Jason J. Nimeth, Judge.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for
Appellant.

Scot Samis, of Traub Lieberman Straus & Shrewsberry LLP, St.
Petersburg, for Appellee.

September 19, 2023

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____